**Dawn EDLUND, Appellant,**

v.

**RIDGEDALE AUTOMOTIVE, INC., a Minnesota corporation d/b/a Morrie's Minnetonka Ford and f/k/a Bob Ryan Motors, Inc.; Bob Ryan Motors, Inc., a Minnesota corporation; Appellees.**

No. 03–2605.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 8, 2004.

Decided: June 14, 2004.

Alfred Stanbury, Minneapolis, MN, for Plaintiff–Appellant.

Klay Ahrens, Gregory John Johnson, Johnson & Provo–Petersen, St. Paul, MN, for Defendants–Appellees.

Before RILEY, LAY, and MCMILLIAN, Circuit Judges.

PER CURIAM.

Dawn Edlund appeals from the district court's[1] denial of her Federal Rules of Civil Procedure 52(b) and 60(b) motions in which she requested that the district court amend its judgment to include an award of attorney's fees and costs. After careful review of the record, including Edlund's prior unsuccessful appeal, we conclude that the instant appeal is governed by the law-of-the-case doctrine. *See Jones v. United States*, 255 F.3d 507, 510 (8th Cir.2001) (all issues decided by appellate court become law of the case; this rule extends not only to actual holdings but also to all issues implicitly settled in prior holdings); *Edlund v. Ridgedale Auto., Inc.*, No. 01–3965, 2002 WL 31455108, at *1 (8th Cir. Nov.5, 2002) (unpublished per curiam), *cert. denied*, 537 U.S. 1194, 123 S.Ct. 1304, 154 L.Ed.2d 1030 (2003).

Accordingly, we affirm.

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.